**No. 39558.**—Protests 330355–G, etc., of Chang On Co. et al. (San Francisco, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 39559.**—Protests 779161–G, etc., of Sponge Producers Corp. (Tampa.)

Opinion by KINCHELOE, J. It was held that the evidence falls far short of meeting the requirements of the test for the determination of component material of chief value as prescribed in *United States* v. *Bacharach* (18 C. C. P. A. 353, T. D. 44612) and *United States* v. *Rice-Stix* (19 id. 232, T. D. 45337). On the record presented the protests were overruled.

**No. 39560.**—Protest 904975–G of P. Saad & Co., Inc. (New York).

Opinion by KINCHELOE, J. The protest was found to be very ambiguous, vague, and insufficient. It was held that if it was the intention to challenge the correctness of the appraised value plaintiff has mistaken its remedy in not appealing to reappraisement and that the testimony does not throw any light on the issue except that it claims a refund of $8.65. On the record presented the protest was overruled.

BEFORE THE THIRD DIVISION, OCTOBER 10, 1938

**No. 39561.**—Protest 808706–G of Aaron Goldstein & Co., Inc. (New York).

Opinion by KEEFE, J. It was found that the evidence established that the garment in question had been used in accordance with the provisions of section 308 and the regulations thereunder and that the cord and seal became loosened or severed through natural causes and not in an attempt to violate the conditions under which free importation was permitted. The protest was sustained. Abstract 40084, *Victor Stiebel* v. *United States* (T. D. 48394), and *Bonwit Teller* v. *United States* (T. D. 49322) cited. Judge Evans dissented, citing his opinion in *Fanny of Hilda* v. *United States* (T. D. 48881).